# EXHIBIT 1

Knox, Incorporated
4851 Bordeaux Drive
Lake In The Hills, IL 60156

Date: 06/24/2021

To: Knox Company
1601 W. Deer Valley Road
Phoenix, AZ 85027 US

Re: **Cease and Desist – Trademark Infringement**

To whom it may concern:
*Trademark is "Knox"*
Our trademark is registered with the United States Patent and Trademark Office, registration number: 90624482. We have used our trademark for selling safety clothing in the United States. As it is stated in our trademark with USPTO; Knox trademark is for fire-resistant clothing, protection clothing for hazardous environments.

It has come to our attention that you are using the 'Knox' trademark in connection with your use of domain name knox.com and is the same as 'Knox' similar to our trademark. Specified: Your proposed website domain could divert business away from our website with the similar name. In addition, your website causes confusion among consumers by searching for keywords of "knox safety", and dilutes the goodwill and distinctiveness of our trademark.

Therefore, your unauthorized use of our trademark constitutes trademark infringement. Sincerely, we hereby demand that you immediately cease and desist from using our trademark in your domain (http://**knox**.com). If you do not cease and desist the infringing activity within the 15 days of the date of this letter above, we will be forced to take appropriate legal action against you and will seek all available damages and remedies.

Printed Name: John R. Miles
Title: President of Knox, Inc.