# EXHIBIT 3



# KNOX
## FIRE RESISTANT CLOTHING

Knox Company
1601 W. Deer Valley Road
Phoenix, AZ 85027
United States

Re: Cease and Desist – Infringement of Trademark "Knox"

We hope this letter finds you well. Knox, Incorporated (hereinafter referred to as "Knox"), a company duly registered and operating under the law, is writing to address a matter of concern related to the unauthorized use of our trademark. It has come to our attention that your company, Knox Company, is currently utilizing the domain name https://knox.com. We wish to emphasize that Knox, Incorporated owns the registered trademark "Knox," with Trademark Serial Number: 97717861, as officially recorded with the United States Patent and Trademark Office (USPTO).

Upon thorough investigation, it has been determined that the use of the domain name https://knox.com by Knox Company constitutes trademark infringement and dilution. This unauthorized use is likely to cause confusion among consumers and may harm the distinctive reputation of our brand. In light of the above, we kindly request that Knox Company immediately ceases and desists from using the domain name https://knox.com. This includes, but is not limited to, any activities related to the operation of a website, online commerce, or any other services that may result in the unauthorized use of our trademark.

We expect Knox Company to comply with this cease and desist request within 15 days from the date of this letter. Failure to do so will leave Knox, Incorporated with no choice but to pursue all available legal remedies to protect our intellectual property rights, including seeking injunctive relief, monetary damages, and any other remedies deemed appropriate by our legal counsel.

Please treat this matter with the utmost urgency and seriousness it deserves. We sincerely hope that we can resolve this issue amicably and avoid the need for legal action.
We anticipate your prompt attention to this matter and request that you confirm in writing, no later than 15 days, that Knox Company has ceased and desisted from all unauthorized use of the trademark "Knox" and the associated domain name https://knox.com.

RAVI P. VARMA / LZ LEGAL SERVICES, LLC
101 N. BRAND BLVD., 11TH FLOOR
GLENDALE, CALIFORNIA UNITED STATES 91203

Thank you for your understanding and cooperation.
Sincerely, Knox Incorporated.

