AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Knox Associates, Inc.,
d/b/a The Knox Company,
   Plaintiff,

CASE NUMBER: 1:24-cv-00413

V.

ASSIGNED JUDGE: Matthew F. Kennelly

Knox FRC, Inc., and
John R. Miles,
   Defendants.

DESIGNATED
MAGISTRATE JUDGE: Young B. Kim

TO: (Name and address of Defendant)

Knox FRC, Inc.
301 W. Hintz Road, #E02
Wheeling, IL 60090

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kelley S. Gordon
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
Suite 6300
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



January 19, 2024
_____
DATE

Civil Action No.  1:24-CV-00413

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Knox FRC, Inc.**
was recieved by me on **1/22/2024:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons, complaint, and Lanham Act Mediation materials on **Didi Lim**, who is designated by law to accept service of process on behalf of **Knox FRC, Inc.** at **301 W Hintz Rd #E02, Wheeling, IL 60090-5754** on **01/24/2024 at 9:40 AM;** or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 01/26/2024

*Server's signature*

**Mark Edds**
*Printed name and title*

**227 W. Monroe Street
Suite 2117
Chicago, IL 60606**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Didi Lim who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired Asian male contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with an accent.**



Tracking #: **0123135595**

