AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Knox Associates, Inc.,
d/b/a The Knox Company,
   Plaintiff,

                  V.

Knox FRC, Inc., and
John R. Miles,
   Defendants.

CASE NUMBER:     1:24-cv-00413

ASSIGNED JUDGE:     Matthew F. Kennelly

DESIGNATED
MAGISTRATE JUDGE:   Young B. Kim

TO: (Name and address of Defendant)

   John R. Miles
   4851 Bordeaux Drive
   Lake in the Hills, IL 60156

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Kelley S. Gordon
   Marshall, Gerstein & Borun LLP
   233 South Wacker Drive
   Suite 6300
   Chicago, IL 60606

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



January 19, 2024

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **1:24-CV-00413**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

**Documents Served: Summons, Complaint, and Lanham Act Mediation Materials**

The documents for **John R. Miles**

was recieved by me on **1/22/2024:**

[X] I personally served the documents on the individual at **4851 Bordeaux Dr, Lake In The Hills, IL 60156 on 01/23/2024 at 3:22 PM**; or

[ ] I left the documents at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ] I served the documents on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ] I returned the documents unexecuted because ; or

[ ] Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date: 01/30/2024

_____
*Server's signature*

**Anthony Lazzara**
*Printed name and title*

**227 W. Monroe Street**
**Suite 2117**
**Chicago, IL 60606**
_____
*Server's address*

Additional information regarding attempted service, etc:

**Documents Served: Summons, Complaint, and Lanham Act Mediation Materials**

**I delivered the documents to John R. Miles with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Asian male contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**




Tracking #: **0123388077**